# RETURN OF SERVICE

| | | |
|---|---|---|
| State of New York | County of Southern District | United States District Court |

Index Number: 14-CV-10119
Date Filed: _____

Plaintiff:
**MARK SHAPIRO**

vs.

Defendant:
**DANIEL SACH GOLDMAN, et al;**

For:
DAVIDOFF LAW FIRM, P.L.L.C.
228 East 45th Street
Suite 1700
New York, NY 10017

Received by Tactical Process Service on the 29th day of January, 2015 at 9:00 am to be served on **State Farm Fire and Casualty Insurance Company, One State Farm Plaza, Bloomington, IL 61710.**

I, John C. Theobald, do hereby affirm that on the **29th day of January, 2015** at **9:35 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and AMENDED COMPLAINT**, to: **Kaleen Hornsby** as **Legal Assistant** for **State Farm Fire and Casualty Insurance Company**, at the address of: **One State Farm Plaza, Bloomington, IL 61710**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 508, Weight: 185, Hair: Blonde, Glasses: N

I state that I am over 18 years of age and not a party to this lawsuit, and am a registered agent of The Theobald Companies, Inc, a private detective agency, (License #117.001483) under the Private Detective and Security Act of 1993. Under penalties of perjury as provided by law, pursuant to Section 1109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

_[signature]_
John C. Theobald
115.002240

**Tactical Process Service**
**1701 E. Empire Street**
**Suite 360-306**
**Bloomington, IL 61704**
**(309) 275-2365**
Our Job Serial Number: JCT-2015000105

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n