**UNITED STATES BANKRUPTCY COURT**
Southern District of New York

## AFFIDAVIT OF SERVICE



Index no : **14 CV 10119**

**Mark Shapiro**

        Plaintiff(s),

vs.

**Daniel Sachs Goldman, et al**

        Defendant(s).
_____/

**STATE OF CONNECTICUT**
                      ss: East Hartford
**HARTFORD COUNTY**

**Christine Foran**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **01/26/2015** at **12:03 PM**, I served the within **Summons In A Civil Action and Amended ComplaintDemand for Jury Trial** on **Travelers Home & Marine Insurance Company** at **One Tower Square, Hartford, CT 06183** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Kimberly Saucier, Litigation Analyst/Designated Agent** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Travelers Home & Marine Insurance Company**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Black | 35 | 5'6" | 160 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
January 26, 2015
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC
My Commission Expires: __08/31/2019__

X_____
Christine Foran
Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford, CT 06108
888.528.2920
Atty File#:

