UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARK SHAPIRO,

                      Plaintiffs,                    **NOTICE OF APPEARANCE**

    -against-

                                                **Case No. 14-cv-10119-NRB**

DANIEL SACHS GOLDMAN., et al.,

                      Defendants.
------------------------------------------------------------------X

**SIRS:**

      Please enter my appearance as counsel for the Defendant, RIVKIN RADLER LLP in the above-entitled action. Kindly direct all communications on this matter to the undersigned attorney.

Dated: Uniondale, New York
          February 10, 2015

                                          RIVKIN RADLER LLP
                                          Attorneys for Defendants
                                          RIVKIN RADLER LLP

                   BY:     /s Peter C. Contino
                                Peter C. Contino (PCC 8611)
                                926 RXR Plaza
                                Uniondale, New York 11556-0926
                                Tel. (516) 357-3000
                                Fax. (516) 357-3333

TO: All Counsel via ECF

3119688 v1