UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARK SHAPIRO,

                      Plaintiffs,              **NOTICE OF APPEARANCE**

      -against-

                                       **Case No. 14-cv-10119-NRB**

DANIEL SACHS GOLDMAN., et al.,

                      Defendants.
-------------------------------------------------------------------X

**SIRS:**

Please enter my appearance as counsel for the Defendant, RIVKIN RADLER LLP in the above-entitled action. Kindly direct all communications on this matter to the undersigned attorney.

Dated: Uniondale, New York
       February 10, 2015

                                              RIVKIN RADLER LLP
                                              Attorneys for Defendants
                                              RIVKIN RADLER LLP

                          BY:    /s *Michael C. Mulè*
                                     Michael C. Mulè (MM 9420)
                                     926 RXR Plaza
                                     Uniondale, New York 11556-0926
                                     Tel. (516) 357-3000
                                     Fax. (516) 357-3333

TO: All Counsel via ECF

3119702 v1