```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MARK SHAPIRO,

                    Plaintiff,                     O R D E R

          - against -                            14 Civ. 10119 (NRB)

DANIEL SACHS GOLDMAN, et al.,

                    Defendants.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Plaintiff requests that this case be transferred to the Honorable J. Paul Oetken as related to United States v. Zemylansky, 12 Cr. 171 (JPO). Pursuant to Rule 13 of this Court's Rules for the Division of Business Among District Judges, the application to transfer is denied.

Plaintiff also requests an initial discovery conference. The Court is of the view that defendants' anticipated motions to dismiss should be resolved before discovery is commenced. Accordingly, the application for a discovery conference is denied.

Additionally, the pre-motion letters received thus far demonstrate that there will be substantial overlap in many defendants' arguments. To promote the orderly and economical progress of litigation, the Court intends to set a briefing schedule for Rule 12(b) motions after all defendants have appeared and filed either answers or pre-motion letters pursuant to our

Individual Practices.  Plaintiff is directed to continue to file affidavits of service and to notify the Court once the summons and complaint have been served upon all defendants.

**IT IS SO ORDERED.**

Dated:    New York, New York
          February 26, 2015

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE