

**Focused on the Business of Insurance**℠

Michael R. Nelson
D: 212.233.6251
C: 212.233.5083
mnelson@nelsonbrownco.com

February 27, 2015

**Via ECF and E-Mail**
oetkennysdchambers@nysd.uscourts.gov
Hon. J. Paul Oetken
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Via ECF and Via Facsimile**
**(212) 805-7927**
Hon. Naomi Buchwald, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse – Room 2270
500 Pearl Street
New York, NY 10007

      Re:      *Shapiro v. Goldman*
                    **Civil Action No.: 14-cv-10119 (NRB)**

Dear Judges Oetken and Buchwald:

      This letter is submitted on behalf of Defendants Government Employees Insurance Company, GEICO General Insurance Company, and GEICO Indemnity Insurance Company (the "GEICO Defendants").

      Counsel for Plaintiff recently filed a Related Case Statement requesting transfer of the above-referenced action from Judge Buchwald to Judge Oetken. Plaintiff's justification for his request appears to be that this matter is related to a criminal action presided over by Judge Oetken that was dismissed as to Plaintiff prior to the filing of this civil action. Plaintiff's request should be denied pursuant to Rule 13(a)(2)(C) of the Rules For the

Hon. J. Paul Oetken
Hon. Naomi Buchwald, U.S.D.J.
United States District Court
Southern District of New York
February 27, 2015
Page 2

Division of Business Among District Judges, Southern District, which states "Criminal cases are not treated as related to civil cases."

    Thank you for your consideration.

                                      Respectfully submitted,

                                      NELSON BROWN & CO.

                                      Michael R. Nelson