**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------X

MARK SHAPIRO,                                              **14-cv-10119 (NRB)**

                              Plaintiff                    **NOTICE OF APPEAL**

                -against-

DANIEL SACHS GOLDMAN, NICHOLAS MCQUAID,
PREET BHARARA, DONALD G. ANSPACHER,
MICHAEL SEIFER, JANICE K. FEDARCYK,
THE UNITED STATES OF AMERICA,
ANTHONY TARDALO, SUSUAN Q. HOOD,
ROBERT BRODY, DOUGLAS S. MENGES,
NANCY PIERCE, THE NATIONAL INSURANCE
CRIME BUREAU, RIVKIN RADLER, LLP,
DALLAS RAGAN, FARMERS INSURANCE COMPANY,
GOVERNMENT EMPLOYEES INSURANCE COMPANY,
GEICO GENERAL INSURANCE COMPANY, GEICO
INDEMNITY INSURANCE COMPANY, TRAVELERS
INDEMNITY COMPANY, TRAVELERS HOME AND
MARINE INSURANCE COMPANY, STATE FARM FIRE
AND CAUSALTY INSURANCE COMPANY, STATE FARM
MUTUAL AUTOMOBILE INSURANCE COMPANY, JOHN
AND JANE DOE DEPARTMENT OF JUSTICE POLICY
MAKERS # 1-5 (name(s) who are not fully known at present,
and possibly other unidentified members of the Department
of Justice), FEDERAL BUREAU OF INVESTIGATION
SPECIAL AGENTS and ASSISTANT DIRECTORS # 1-10
(name(s) and identification numbers that are not fully known
at present, and possibly other unidentified members of the
Department of Justice),

                              Defendants.
-------------------------------------------------------------------------------X

     **NOTICE** is hereby given that Mark Shapiro, Plaintiff in the above captioned case,

hereby appeals to the United States Court of Appeals for the Second Circuit from that portion of

a Memorandum and Order [ECF No. 218] entered in this action on the 15th Day of August 2016,

that granted the following Defendants' motions to dismiss the Second Amended Complaint:

Daniel Sachs Goldman, Nicholas McQuaid, Preet Bharara, Donald G. Anspacher, Michael

Seifer, Janice K. Fedarcyk, The United States Of America, Anthony Tardalo, Susan Q. Hood, Robert Brody, Douglas S. Menges, Nancy Pierce, The National Insurance Crime Bureau, John and Jane Doe Department of Justice Policy Makers # 1-5 (name(s) who are not fully known at present, and possibly other unidentified members of the Department of Justice), Federal Bureau of Investigation Special Agents and Assistant Directors # 1-10 (name(s) and identification numbers that are not fully known at present, and possibly other unidentified members of the Department of Justice); and the Judgement attendant thereto [ECF No. 219] entered in this action on the 17th Day of August 2016.

Dated:  New York, New York
         September 6, 2016

Respectfully submitted,

DAVIDOFF LAW FIRM, P.L.L.C.

**/JMD/**

Jonathan Marc Davidoff, Esq.
228 East 45th Street
Suite 1700
New York, NY  10017
Tel:  212-587-5971
Fax:  212-658-9852
Email:  Jonathan@DavidoffLawFirm.com